### M. C. EMERSON v. STATE.

### 6 Div. 736.

Supreme Court of Alabama.

Oct. 10, 1940.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, Asst. Atty. Gen., for petitioner.

DeGraffenried & McDuffie, of Tuscaloosa, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Emerson v. State, 29 Ala.App. 459, 198 So. 67.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.